UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:16-cv-21021-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SUSAN BRAUN,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

This matter having come before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against Defendant, SUSAN BRAUN, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the Defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the United States of America, and against Defendant, SUSAN BRAUN, upon the Complaint herein, and it is further

ORDERED AND ADJUDGED that Plaintiff recover of the Defendant, SUSAN BRAUN, the sum of $35,083.74, consisting of $18,396.13 in unpaid principal, plus the amount of $16,687.61 in interest accrued through April 28, 2016, in accordance with the supporting documentation attached as "Exhibits "A" and "B" to Plaintiff's Motion for Entry of Default Final Judgment, plus interest at the rate of 3.54% per annum on the unpaid principal of $7,670.01 and 3.27% per annum on the unpaid principal of $10,726.12, to the date of this judgment, and is

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, *et seq.*, 28 U.S.C. §§3001-3307, and Rule 69(a), Federal Rules of Civil Procedure.

The Court reserves jurisdiction to enter attorney fees and costs pursuant to S.D. Fla. R. 7.3(9).

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this 4 day of May, 2016.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: NEWMAN & MARQUEZ, P.A.
   Attorney for Plaintiff

   SUSAN BRAUN, *pro se* Defendant
   45 NW 44 STREET
   MIAMI, FL 33127