UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21021-CIV-UNGARO

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

SUSAN BRAUN,

          Defendant.
_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION REQUESTING AN EXTENSION OF TIME

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through the undersigned attorney, and files this its Response to Defendant's Motion Requesting an Extension of Time [D.E. 25], and states as follows:

1. Defendant has repeatedly informed the undersigned counsel that she believes that there was fraud in this matter.

2. Prior to filing suit against the Defendant, in response to the Defendant's allegations of fraud, the undersigned counsel mailed the Defendant a Loan Discharge Application: False Certification (Unauthorized Signature / Unauthorized Payment) on on 12/13/2014. See letter to Defendant with loan discharge application enclosed attached hereto as Exhibit "A". A copy of the current form for Loan Discharge Application: False Certification (Unauthorized Signature / Unauthorized Payment) is attached hereto as Exhibit "B".

3. To date, the Defendant has not completed or returned the Loan Discharge Application to the undersigned counsel's office and has consequently failed to exhaust her administrative remedies.

4. The United States Supreme Court describes the necessity of completing the administrative process before seeking judicial review: "By requiring exhaustion of administrative processes the

UNITED STATES OF AMERICA vs. SUSAN BRAUN
Case No.: 16-21021-CIV-UNGARO
Page Two

courts are assured of reviewing only final agency decisions arrived at after considered judgment." Moore v. East Cleveland, 431 U.S. 494, 525 (1977). Under 34 C.F.R. Section 682.402(e)(7)(iii)(B)(2), "[i]f the agency denies the request for discharge, a borrower may appeal directly to the secretary." Haddad v. Dominican University, No. 06 C 0506, 2007 WL 809685, at *3 (N.D. Ill. Mar. 15, 2007). As the Defendant has failed to exhaust her administrative remedies, she should not be permitted to raise this issue before the Court.

    5. If the Defendant wishes to utilize her administrative remedies in the future, same are still available to her even after entry of a Judgment. See United States v. White, No: 5:08-CV-348-F, 2009 WL 3872342, at *5 (E.D.N.C. Nov. 18, 2009) (quoting Green v. United States, 163 F. Supp. 2d 593, 598 (W.D.N.C. 2000).

    6. The Defendant's argument that the loan at issue in this case is one of fraud is contradicted by the Defendant's words and actions, to wit: (1) failing to complete the Loan Discharge Application: False Certification (Unauthorized Signature / Unauthorized Payment), (2) sending a letter dated March 11, 2015 to the undersigned counsel, a copy of which is attached hereto as Exhibit "C" and same was attached to Defendant's Motion to Deny Entry of Default Judgment [D.E. 13], stating, "I have never denied that I had borrowed the money.", and (3) executing a General Forbearance Request on April 6, 2004, a copy of which is attached hereto as Exhibit "D").

    Based upon the above, the Plaintiff respectfully requests the Defendant's Motion [D.E. 25] be denied as the Defendant has alleged no basis for same.

    WHEREFORE the Plaintiff, UNITED STATES OF AMERICA, prays this Honorable Court enter an Order Denying Defendant's request for an extension of time.

UNITED STATES OF AMERICA vs. SUSAN BRAUN
Case No.: 16-21021-CIV-UNGARO
Page Three

Dated: June 15, 2016
Miami, Florida

Respectfully submitted,

By: _____
Jennifer Margolis Marquez
Email: jmarquez@newmanmarquezpa.com
Florida Bar No.: 0770701
NEWMAN & MARQUEZ, P.A.
1533 Sunset Dr., Suite 225
Coral Gables, FL 33143
Telephone: (305) 665-9633
Facsimile: (305) 666-9714
Attorneys for the Plaintiff

UNITED STATES OF AMERICA vs. SUSAN BRAUN
Case No.: 16-21021-CIV-UNGARO
Page Four

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was electronically filed on this 15 day of June, 2016. I also certify that the forgoing is being served by U.S. Mail this 15 day of June, 2016 upon all counsel or parties of record as indicated on the attached service list.

_____
Jennifer Margolis Marquez
Newman & Marquez, P.A.
Counsel for the Plaintiff

UNITED STATES OF AMERICA vs. SUSAN BRAUN
Case No.: 16-21021-CIV-UNGARO
Page Five

## SERVICE LIST

SUSAN BRAUN, *pro se* Defendant
45 NW 44 STREET
MIAMI, FL 33127

Jennifer Margolis Marquez, Esq.
Email: jmarquez@newmanmarquezpa.com
NEWMAN & MARQUEZ, P.A.
1533 Sunset Dr., Suite 225
Coral Gables, FL 33143
Attorneys for Plaintiff