UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-21021-CIV-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SUSAN BRAUN,

    *Pro se* Defendant.
_____ /

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon Plaintiff United States of America's ("Plaintiff") Motion for Attorney's Fees and Costs (hereafter, "Motion") [D.E. 21]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 23].

Upon review of the case docket, it appears that Defendant Susan Braun's ("Defendant") response to the Motion was due on June 17, 2016. To date, however, Defendant has failed to file a response. Accordingly, it is

ORDERED AND ADJUDGED that on or before **July 5, 2016,** Defendant shall show cause why the Motion should not be granted by default. In the alternative, Defendant shall file a response in opposition to the Motion by the same date.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of June, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

United States District Judge Ursula Ungaro
Counsel of Record


Copies furnished by mail to:

Susan Braun
45 NW 44th Street
Miami, FL 33127