UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 16-21021-CIV-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,
    Plaintiff,
v.

SUSAN BRAUN,
    *Pro se* Defendant.



FILED by _JW_ D.C.
JUL 05 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

TO THE HONORABLE COURT AND TO ALL PARTIES:

I, Susan Braun, am a *pro se* Defendant representing myself in this case.

In response to the Honorable Judge's Order to Show Cause [D.E. 29], I ask the Court to not grant by default and to delay on ruling Plaintiff's Motion for Attorney's Fees and Costs (hereafter, "Motion") [D.E. 21] until I submit my Motion to Set Aside the Default Judgment, which I will do by week's end.

First, I hope the Court will accept my apology for not responding to the Motion in a timely manner. While I was unaware that I had to formally respond to the Motion because of my unfamiliarity with the Federal Rules of Civil Procedure, I have been in consistent communication with the Plaintiff's Attorney. This

communication was first through a New York-based volunteer attorney and then by my hand in writing a letter on May 13, 2016 and several emails throughout June (Please see Exhibit A).

In correspondence, I communicated that I was not ready to address the Motion as I was, among other things, trying to find a *pro bono* attorney while writing motions to: (1) request a Referral to the Volunteer Attorney Program; (2) request an Extension of Time; and (3) request to Set Aside the Default Judgment.

While I have tried to respond to all of Plaintiff's requests in a timely manner such as producing an intensive Debtor's Statement, the Plaintiff has not produced an accounting or a verification of The Debt as numerously requested and to which I am entitled according to 15 U.S.C. § 1692 of the Fair Debt Collection Practices Act on ACCOUNTING / VERIFICATION OF THE DEBT and elaborated in:

*Haddad v. Alexander, Zelmanski, Danner & Fioritto, PLLC,* — F. 3d — (6th Cir. 2014), 2014 WL 3440174 (6th Cir. Mich. 2014), 2014 U.S. App. LEXIS 13498 Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (FDCPA)

> Verification of that debt will most likely require "an itemized accounting detailing the transaction in an account that has led to the debt."
> The Sixth Circuit's adoption of this standard appears to be driven by its conclusion that what is sufficient for verification "depends on the facts of a particular situation…" *Id.* at *19.
> Sixth Circuit stated that "an itemized accounting detailing the transaction in an account that has led to the debt is often the best means of accomplishing that objective." *Id.* at * 19.

Rather than producing an Accounting as so described, the Plaintiff has played semantic games such as, "We have not refused to give the *balance* to you." [Emphasis mine.]

I write the following with earnest and heartfelt apologies to the Honorable Court because I know it's a "strong statement": The reason the Plaintiff has not produced an Accounting / Verification of The Debt is that their case is a fiction.

(In the Motion to Set Aside the Default Judgment, I detail and discuss the aforementioned strong statement.)

If the strong statement is true, then:

> *Failure of United States to Participate in Good Faith in Discovery.* Rule 37 authorizes the court to direct that parties or attorneys who fail to participate in good faith in the discovery process pay the expenses, including attorney's fees, incurred by other parties as a result of that failure. Since attorneys' fees cannot ordinarily be awarded against the United States (28 U.S.C. §2412), there is often no practical remedy for the misconduct of its officers and attorneys. However, in the case of a government attorney who fails to participate in good faith in discovery, nothing prevents a court in an appropriate case from giving written notification of that fact to the Attorney General of the United States and other appropriate heads of offices or agencies thereof.

With the utmost respect, I would like the Court to know that I hold harmless the Plaintiff's Attorney as I believe she is beholden to the directives and responses of her client. That said, Plaintiff's Motion in Response to Defendant's Motion Requesting an Extension of Time [D.E. 26], a request to which Plaintiff's Attorney previously agreed, includes misleading documents in support. It's [D.E. 26] Exhibit "A" is a Loan Discharge Application form (hereto attached as Exhibit B). The Plaintiff knows, or should know, that this form is not applicable to my situation as it is for loan origination where monies weren't properly received. As Plaintiff correctly emphasizes in a letter that I wrote, "I have never denied that I borrowed the money." Should I have signed that Loan Discharge form, I would be "knowingly making a false statement" and "subject to… imprisonment," as is

clearly printed at the top of the form under the sub-heading, WARNING. Further, Plaintiff's Exhibit "D" of D.E. 26 is a General Forbearance Request from a borrower other than myself (hereto attached as Exhibit B). [I have obscured some of this other borrower's name as a courtesy.]

This Forbearance from DSLC, the same agency that serviced my fraudulently consolidated loan, gave me the following insight: the Plaintiff has had access to hundreds of varied correspondence over years and years of my trying to rectify the fraud done upon me.

I hope and pray that the Honorable Court will view this motion in light of my lack of legal training, the effort put forth in compensating and, most importantly, how much I care about arriving at a fair judgment.

Respectfully submitted by,

*Susan K. Braun*

Susan Karrie Braun,
July 5, 2016

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 16-21021-CIV-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SUSAN BRAUN,
    Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail on July 5, 2016 on all counsel or parties of record on the Service List below.

Signature: _____
Printed name: Susan Braun

SERVICE LIST:
The Honorable U.S. Magistrate Judge Otazo-Reyes
United States District Court, Southern District of Florida
Attention: Intake for docketing
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

Ms. Jennifer Margolis Marquez
Newman & Marquez, P.A.
1533 Sunset Drive, Suite 225
Coral, Gables, FL  33143-5700
Attorney for Plaintiff

# Exhibit A

(Email showing communication)

 Gmail

## USA v. Susan Braun, case #: 16-21021-CIV

**Susan Karie Braun** <​████████8@gmail.com>     Fri, Jun 24, 2016 at 12:44 PM
To: ████████@newmanmarquezpa.com

Dear Ms. Marquez,

I haven't heard back from you and was wondering if you were going to still agree and not oppose to set aside the default, as is my understanding.

Also, in my past few emails, I may not have put the case number, which is perhaps why you haven't responded. Please advise if you didn't read and I will forward accordingly with the case number in the subject.

I would very much appreciate your good will in fairly resolving this dispute.

Respectfully,
Susan Braun
45 NW 44th Street
Miami, FL  33127


--
Susan Karie Braun

# Exhibit B
(Loan Discharge Application form)



# LOAN DISCHARGE APPLICATION: FALSE CERTIFICATION (UNAUTHORIZED SIGNATURE / UNAUTHORIZED PAYMENT)

Federal Family Education Loan Program / William D. Ford Federal Direct Loan Program

OMB No. 1845-0015
Form Approved
Exp. Date 08/31/2008

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying documents will be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.

SSN |___|___|___|-|___|___|-|___|___|___|___|
Name _____
Address _____
City, State, Zip _____
Telephone - Home ( ) _____
Telephone - Other ( ) _____
E-mail (optional) _____

## SECTION 2: STUDENT INFORMATION

Before completing this section, carefully read the entire form, including the instructions, definitions, and terms and conditions in Sections 4, 5, and 6 on this form. If you are a student borrower applying for loan discharge, begin with Item 3. If you are a parent borrower applying for a PLUS loan discharge, begin with Item 1.

1. Student's name (last, first, middle initial): _____

2. Student's SSN: |___|___|___|-|___|___|-|___|___|___|___|

3. School's name: _____

4. School's address (street, city, state, zip): _____

5. Dates of attendance at the school:   From |___|___|-|___|___|-|___|___|___|___|  To |___|___|-|___|___|-|___|___|___|___|

6. Did you sign the application, promissory note, master promissory note (MPN), or combined application/promissory note for your loan(s)? ☐ Yes ☐ No
   If No, on which document(s) did someone else sign your name?   ☐ Application  ☐ Promissory note  ☐ MPN  ☐ Combined application/promissory note

7. Did you endorse each loan check or sign your name on each electronic funds transfer authorization or master check authorization?
   ☐ Yes ☐ No ☐ Does Not Apply
   If No, on which document(s) did someone else sign your name?  ☐ Loan check  ☐ Electronic funds transfer authorization  ☐ Master check authorization
   If No, did you (or, for PLUS borrowers, the student) ever receive any money from the school, or did the school ever reduce the amount of money that you (or, for PLUS borrowers, the student) owed to the school? ☐ Yes ☐ No ☐ Don't Know   If Yes, explain (give dates, amounts, and circumstances): _____

   If No or Don't Know, explain how you (or, for PLUS borrowers, the student) paid the tuition and fees owed to the school: _____

8. If you answered No to Item 6 or Item 7, do you know who signed your name on the document(s) checked in Item 6 or Item 7?
   ☐ Yes ☐ No   If Yes, identify the person who signed your name on the document(s).
   School employee or representative (name and position): _____
   Other person (name): _____
   Provide any other information about the circumstances under which another person signed your name: _____

   **IMPORTANT:** If you did not sign your name on one of the documents listed in Item 6 or Item 7, you must attach documents containing four other samples of your signature in addition to the signature on this application. At least two of these samples must clearly show that your signatures were written within one year before or after the date of the document on which someone else signed your name. Examples of documents that would include both a signature sample and the date that the signature was written include—but are not limited to—cancelled checks, tax returns, and driver's licenses. If you do not provide these signature samples, you cannot be considered for a loan discharge.

9. Did the holder of your loan receive any money back (a refund) from the school on your behalf? ☐ Yes ☐ No ☐ Don't Know
   If Yes, give the amount and explain why the money was refunded: _____

10. Did you (or, for PLUS borrowers, the student) make any monetary claim with, or receive any payment from, the school or any third party (see definition in Section 5) in connection with enrollment or attendance at the school? ☐ Yes ☐ No ☐ Don't Know   If Yes, please provide the following information:

   a) Name/address/telephone number of the party with whom the claim was made or from whom payment was received: _____

   b) Amount/status of claim: _____

   c) Amount of payment received: $ _____
      (Write "none" if no payment was received.)

## SECTION 3: BORROWER CERTIFICATION

My signature below certifies that I have read and agree to the terms and conditions that apply to this loan discharge, as specified in Section 6 on the following page. Under penalty of perjury, I certify that all of the information I have provided on this form and in any accompanying documentation is true and accurate to the best of my knowledge and belief.

Borrower's Signature: _____   Date: _____

### SECTION 4: INSTRUCTIONS FOR COMPLETING THE APPLICATION

Type or print using dark ink. For all dates, give month, day (if known), and year. Show dates as MM-DD-YYYY (for example, "January 31, 2006" = "01-31-2006"). If you need more space to answer any of the items, continue on separate sheets of paper and attach them to this form. Indicate the number of the item(s) you are answering and include your name and social security number (SSN) on all attached pages.
*Sign and date the form. Then, send the completed form and any attachments to the address in Section 8.*

### SECTION 5: DEFINITIONS

- The **Federal Family Education Loan (FFEL) Program** includes Federal Stafford Loans (both subsidized and unsubsidized), Federal Supplemental Loans for Students (SLS), Federal PLUS Loans, and Federal Consolidation Loans.
- The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Federal Direct Stafford/Ford Loans (Direct Subsidized Loans), Federal Direct Unsubsidized Stafford/Ford Loans (Direct Unsubsidized Loans), Federal Direct PLUS Loans (Direct PLUS Loans), and Federal Direct Consolidation Loans (Direct Consolidation Loans).
- The **holder** of a borrower's FFEL Program loan(s) may be a lender, a guaranty agency, or the U.S. Department of Education (the Department). The holder of a borrower's Direct Loan Program loan(s) is the Department.
- **Unauthorized signature** means that the school, without the borrower's authorization, signed the borrower's name on a loan application or promissory note.
- **Unauthorized payment** means that the school, without the borrower's authorization, endorsed the borrower's loan check or signed the borrower's authorization for electronic funds transfer or master check, and did not give the loan proceeds to the borrower or apply the loan proceeds to charges owed by the student to the school.
- **Loan discharge** due to an unauthorized signature on a loan application or promissory note cancels the obligation of a borrower (and endorser, if applicable) to repay the remaining balance on a FFEL Program or Direct Loan Program loan, and qualifies the borrower for reimbursement of any amounts paid voluntarily or through forced collection on the loan. Discharge due to an unauthorized signature on a loan check, electronic funds transfer authorization, or master check authorization applies only to the amount of the unauthorized payment. For consolidation loans, only the loan amounts associated with the document listed in Section 2, Item 6 or Item 7, will be considered for discharge. The loan holder reports the discharge to all credit reporting agencies to which the holder previously reported the status of the loan.
- The **student** refers to the student for whom a parent borrower obtained a Federal PLUS Loan or Direct PLUS Loan.
- **Third party** refers to any entity that may provide reimbursement for a refund owed by the school, such as a tuition recovery program or performance bond.

### SECTION 6: TERMS AND CONDITIONS FOR LOAN DISCHARGE BASED ON FALSE CERTIFICATION (UNAUTHORIZED SIGNATURE/UNAUTHORIZED PAYMENT)

- The school identified in Section 2 of this form received FFEL Program or Direct Loan Program loan funds on or after January 1, 1986 for me to attend (or, if I am a PLUS borrower, for the student to attend) the school. I am applying for a discharge of my FFEL Program or Direct Loan Program loan(s) because the loan application, promissory note, master promissory note, combined application/promissory note, loan disbursement check, electronic funds transfer authorization, or master check authorization were not authorized for the reasons stated in this application.
- I will provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department or its designee that I meet the qualifications for loan discharge based on unauthorized signature / unauthorized payment, or that supports any representation that I made on this form or on any accompanying documents.
- I agree to cooperate with the Department or its designee regarding any enforcement actions related to my request for loan discharge.
- I understand that my request for loan discharge may be denied, or my discharge may be revoked, if I fail to provide testimony, a sworn statement, or documentation upon request, or if I provide testimony, a sworn statement, or documentation that does not support the material representations I have made on this form or on any accompanying documents.
- I further understand that if my loan(s) is discharged based on any false, fictitious, or fraudulent statements that I knowingly made on this form or on any accompanying documents, I may be subject to civil and criminal penalties under applicable federal law.
- I hereby assign and transfer to the Department any right to a refund on the discharged loan(s) that I may have from the school identified in Section 2 of this form and/or any owners, affiliates, or assigns of the school, and from any third party that may pay claims for a refund because of the actions of the school, up to the amounts discharged by the Department on my loan(s).

### SECTION 7: IMPORTANT NOTICES

**Privacy Act Disclosure Notice:** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are 428(b)(2)(A) *et seq.* and 451 *et seq.* of the Higher Education Act of 1965, as amended (20 U.S.C. 1078(b)(2)(A) *et seq.* and 20 U.S.C. 1087a *et seq.*) and the authority for collecting and using your Social Security Number (SSN) is 484(a)(4) of the HEA (20 U.S.C. 1091(a)(4)). Participating in the Federal Family Education Loan (FFEL) Program or the William D. Ford Federal Direct Loan (Direct Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the FFEL Program and/or Direct Loan Program, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect on your loan(s) if your loan(s) becomes delinquent or in default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed to third parties as authorized under routine uses in the appropriate systems of records. The routine uses of this information include its disclosure to federal, state, or local agencies, to other federal agencies under computer matching programs, to agencies that we authorize to assist us in administering our loan programs, to private parties such as relatives, present and former employers, business and personal associates, to credit bureau organizations, to financial and educational institutions, to guaranty agencies, and to contractors in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to counsel you in repayment efforts, to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, to locate you if you become delinquent in your loan payments or if you default, to provide default rate calculations, to provide financial aid history information, to assist program administrators with tracking refunds and cancellations, or to provide a standardized method for educational institutions efficiently to submit student enrollment status.

**In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may also be made to qualified researchers under Privacy Act safeguards.**

**Paperwork Reduction Notice:** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a currently valid OMB control number. The valid OMB control number for this information collection is 1845-0015. The time required to complete this information collection is estimated to average 0.5 hours (30 minutes) per response, including the time to review instructions, search existing data resources, gather and maintain the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this application, please write to: U.S. Department of Education, Washington, DC 20202-4651.

*If you have questions regarding the status of your individual submission of this application, contact your loan holder (see Section 8).*

### SECTION 8: WHERE TO SEND THE COMPLETED LOAN DISCHARGE APPLICATION

| *Send the completed loan discharge application and any attachments to:* *(If no address is shown, return to your loan holder.)* | *If you need help completing this form, call:* |
|---|---|
| | |

# Exhibit C

(Forbearance from another borrower, wrongly submitted as mine)

# General Forbearance Request

**Direct Loans**
*William D. Ford Federal Direct Loan Program*
Federal Direct Stafford/Ford Loans, Federal Direct Unsubsidized Stafford/Ford Loans, Federal Direct PLUS Loans, Federal Direct Consolidation Loans

OMB No. 1845-0031
Form Approved
Exp. Date 04/30/2003

**GFB General**

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### Borrower's Information

*Please print*

| Last Name | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| BU███████ | TRACEY | ■ | ███████ |

| Street Address | | | Your Daytime Telephone Number |
|---|---|---|---|
| ███████ | | | ███████ |

| City | State | Zip Code | Your Evening Telephone Number |
|---|---|---|---|
| ███████ | BEACH, FL | ███████ | ( ) |

### Section 1: Forbearance Request

*Must be completed by borrower*

Forbearance means an arrangement to postpone or reduce the amount of a borrower's monthly payment for a limited and specific time period. The borrower is charged interest during a forbearance. A forbearance is available to a borrower or an endorser who is willing but unable to make currently scheduled Direct Loan payments due to a temporary financial hardship.

To request a forbearance, please complete the items below, sign and date this form, and return it to the Direct Loan Servicing Center. (Please note that all references to "borrower" apply to an endorser on a Federal Direct PLUS Loan.)

**FAX 1-800-848-0984**

I am willing but unable to make my current Direct Loan payments due to a temporary financial hardship.

If this forbearance is approved, I choose to (check one):
☑ temporarily stop making payments;
☐ make smaller payments than previously scheduled.
☐ I would like to pay $_____ per month.

I am requesting this forbearance because: _I have not worked in 5 years I receive foodstamps and am ~~s~~ disabled_

I am requesting that the U.S. Department of Education (ED) grant a forbearance on my loan(s) beginning |0|4|-|0|1|-|0|4| and ending (MM-DD-YY) |0|4|-|0|1|-|0|5| for a period not to exceed one year. At the end of one year, I may reapply to renew the forbearance if I am still experiencing financial hardship.

### Borrower Understandings and Certifications

**I understand that:** (1) I will continue to receive billing statements for my current payment amount which I must pay until I am notified by the Direct Loan Servicing Center that my forbearance request has been granted; (2) ED will not grant this forbearance request unless all items on this form are completed and any additional required documentation is provided; (3) during the forbearance period, principal and interest payments may be forborne, but interest will continue to accrue whether or not my loan(s) is subsidized by the federal government; (4) if I requested a temporary suspension of payments, I will receive a quarterly statement detailing the interest that has accrued during the prior period, and unless I choose to pay this interest, ED will add the interest to the principal balance of my loan(s) at the end of the forbearance period (this is called capitalization); (5) if I requested a reduced payment forbearance, I will receive a monthly bill for the requested payment amount until the forbearance ends, and any unpaid interest that has accrued during the period will be added to the principal balance of my loan(s) (capitalized) at the end of the forbearance period.

**I certify that:** (1) The information I have provided above is true and correct; (2) I will provide additional documentation, as required, to ED to support my continued forbearance status; (3) I will notify ED immediately when the condition(s) that qualified me for the forbearance ends; (4) I have read, understand, and meet the terms and conditions of the forbearance for which I have applied; and (5) I agree, upon termination of this forbearance, to repay this loan according to the terms of my promissory note and repayment schedule.

Signature of Borrower: ███████  Date: 04/06/04

GFB (SCH)  Revised 4/00

6787-02-04