UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-21021-CIV-UNGARO / OTAZO-REYES

UNITED STATES OF AMERICA,
    Plaintiff,

V.

SUSAN BRAUN,
    *Pro se* Defendant.

FILED by _SKB_ D.C.
JUL 0 8 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 60(B)

TO THE HONORABLE COURT AND TO ALL PARTIES:

I, Susan Braun, am a pro se Defendant representing myself in this case. I pray this Honorable Court will consider this Motion in light of my lack of legal training.

With this Motion, I request the Honorable Court to set aside the Default [D.E. 10] entered on April 28, 2016, and to set aside the Default Judgment [D.E. 18] ordered on May 4, 2016, pursuant to Fed. R. Civ. P. 60(b).

This Motion is based upon the attached Memorandum of Points and Authorities, Declaration, and Exhibits in Support.

I'll refer to myself, the Defendant, as the "Student Borrower" and the Plaintiff, the United States of America, as "US-ED" as the claim stems from the Department of Education.

RESPECTFULLY SUBMITTED BY,

*/s/ Susan K. Braun*

SUSAN KARRIE BRAUN,    JULY 8, 2016