UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-21021-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SUSAN BRAUN,

    Defendant.
_____/

## ORDER ON EXTENSION OF TIME

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion for Extension of Time, D.E. 34, filed July 22, 2016.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Defendant requests a 30-day extension of time, from July 25, 2016 to August 24, 2016, to respond to Defendant's Motion to Set Aside Default and the Default Judgment, D.E. 31 and D.E. 32, which the Court entered on May 9, 2016. D.E. 10; D.E. 19. In support thereof, Plaintiff states that it is awaiting a response from the U.S. Department of Education, which is delayed due to "the U.S. Department of Education's high volume of cases being reviewed at this time." D.E. 34 p. 1. Plaintiff also states that its counsel is on vacation from July 23, 2016 until August 1, 2016. *Id.* Defendant does not oppose Plaintiff's Motion. Given the circumstances, the Court will grant Plaintiff an extension, but will not grant the lengthy extension requested. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 34, is GRANTED IN PART and DENIED IN PART. Plaintiff SHALL file a response to Defendant's Motion to Set Aside Default, D.E. 31, no later than **Friday, August 12, 2016.**

DONE AND ORDERED in Chambers at Miami, Florida, this _26th_ day of July, 2016.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record;

Susan Braun, *pro se*