**EXHIBIT "A"**

U.S. Department of Justice
Nationwide Central Intake Facility (NCIF)
2 Constitution Square
145 N. Street, NE 5E.309
Washington, DC 20530

November 26, 2014

Susan Braun
45 Northwest 44th Street
Miami, FL 33127-2611

Re:   Case Name           US VS Braun
      Account Number:     ██████3/001
      Referred Amount:    $14,335.74

Dear Susan Braun:

    It has been determined by the DEPARTMENT OF EDUCATION that you owe a debt to the United States in the above referenced amount. Your case has been referred to the United States Attorney Office /Florida-Southern Private Counsel Office NEWMAN & MARQUEZ, P.A. to initiate legal action against you and obtain a judgment in the United States District Court for the collection of this debt. In the event an action is filed, this office may seek additional costs and fees.

    To avoid legal action against you, you should pay this debt in full. Send a check or money order payable to the U.S. Department of Justice in the enclosed, self-addressed envelope and include your name and the above referenced account number on the face of your check. To pay by credit card, use the form below or contact the above office at 3056665532.

                                  Sincerely,

                                U.S. Department of Justice
                                Nationwide Central Intake Facility

---

| | |
|---|---|
| Credit Card Type_____<br>Card No._____<br>Expiration Date_____<br>Payment Amount_____<br><br>If payment amount is not indicated, I authorize the Department of Justice to charge my card for the payment amount due.<br><br>Signature_____ | **Account Number**    ██████3/001<br>**Name**    Susan Braun<br>**Payment Due Date**    Immediately<br>**Total Amount Due**    $14,335.74<br>**Amount Enclosed** |

☐ Check here for change of address and annotate below.

                                                    MAIL COUPON TO:
                                          US DEPARTMENT OF JUSTICE
                                     NATIONWIDE CENTRAL INTAKE FACILITY
                                                P. O. Box 790363
                                               St. Louis, MO 63179-0363

U.S. Department of Justice
Nationwide Central Intake Facility (NCIF)
2 Constitution Square
145 N. Street, NE 5E.309
Washington, DC 20530

November 26, 2014

Susan Braun
45 Northwest 44th Street
Miami, FL 33127-2611

Re:  Case Name         US VS Braun
     Account Number:   ■■■■■■■8/001
     Referred Amount:  $19,663.43

Dear Susan Braun:

It has been determined by the DEPARTMENT OF EDUCATION that you owe a debt to the United States in the above referenced amount. Your case has been referred to the United States Attorney Office /Florida-Southern Private Counsel Office NEWMAN & MARQUEZ, P.A. to initiate legal action against you and obtain a judgment in the United States District Court for the collection of this debt. In the event an action is filed, this office may seek additional costs and fees.

To avoid legal action against you, you should pay this debt in full. Send a check or money order payable to the U.S. Department of Justice in the enclosed, self-addressed envelope and include your name and the above referenced account number on the face of your check. To pay by credit card, use the form below or contact the above office at 3056665532.

Sincerely,

U.S. Department of Justice
Nationwide Central Intake Facility

---

Credit Card Type_____
Card No._____
Expiration Date_____
Payment Amount_____

If payment amount is not indicated, I authorize the Department of Justice to charge my card for the payment amount due.

Signature_____

☐ Check here for change of address and annotate below.

| Account Number   | ■■■■■■8/001  |
|------------------|--------------|
| Name             | Susan Braun  |
| Payment Due Date | Immediately  |
| Total Amount Due | $19,663.43   |
| Amount Enclosed  |              |

MAIL COUPON TO:
US DEPARTMENT OF JUSTICE
NATIONWIDE CENTRAL INTAKE FACILITY
P. O. Box 790363
St. Louis, MO 63179-0363