# EXHIBIT "D"

**Importance:** High


Dear Ms. Margolis:


I represent Susan Braun in the above-captioned matter, CDCS#██████233 and ███88.  I have just been retained in
this matter and am writing to request an extension of time to respond to the lawsuit. In the meantime, we would like to
work out a settlement of this matter.  Ms. Braun is a working artist with limited financial means.  However, she is willing
to make monthly payments, provided we can agree on terms she can afford.  To facilitate a workout, we first need to
see a printout of the two loan balances, from inception to date, showing all payments made and all interest amounts
accrued thereon, so that we can agree on the actual total amount due and owing.  As you may know, by letter dated
February 8, 2008, the William D. Ford Federal Direct Loan Program notified Ms. Braun that it had confirmed that a
signature that did not appear to be hers was found on an application to obtain a William D. Ford Federal Student
Consolidation Loan. What happened thereafter, however, is not clear. Accordingly, we would appreciate your providing
a full accounting of the two loan balances allegedly due and owing, so that we may be able to work out a satisfactory
payment plan.


Your cooperation and assistance is greatly appreciated.


Sincerely,


**Robert B. Bernstein, Esq.**

Eaton & Van Winkle LLP

3 Park Avenue, 16th Floor

New York, New York 10016

(646) 485-5334 (direct line)

(914) 522-8126 (cell phone)

rbernstein@evw.com